IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

CHARTER BANK OF EAU CLAIRE,

        Petitioner,               ORDER FOR JUDGMENT
                                              07-C-222-S
   v.

TODD L. JOHNSON, SUSAN JOHNSON,
THE HILARY K. JOHNSON TRUST, THE
MATTHEW S. JOHNSON TRUST and FIRST
NATIONAL BANK OF OMAHA, TRUSTEE,

        Respondents.
_____

After trial to the Court in the above entitled matter, the Court determined that Charter Bank of Eau Claire had a whole bank fair value of $117,000,000 as of December 31, 2006, which converts to a per share price of $394,721.  Respondents have previously been paid $335,410 per share.

Accordingly,


ORDER

IT IS ORDERED that respondents are entitled to additional payment of $59,311 per share for total judgment amounts as follows: Todd Johnson, $1,384,449; Susan Johnson, $49,261; Matthew S. Johnson Trust, $73,301; and Hilary K. Johnson Trust, $73,301.

Let judgment be entered accordingly.

Entered this 29th day of October, 2007.

                              BY THE COURT:

                              /s/

                              _____
                              JOHN C. SHABAZ
                              District Judge